1
2                                              JS - 6
3
4                                              NOTE: CHANGES MADE BY THE COURT
5
6
7
8                    UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

| 11 | MICHAEL THIBODEAU, | CASE NO. 2:12-cv-3023 MWF (JCx) |
| 12 | Plaintiff; | |
| 13 | vs. | |
| 14 | U.S. SECURITY ASSOCIATES, INC., a Delaware corporation; TOM LICCARDI, an individual; and DOES 1 through 250, inclusive; | **ORDER RE: STIPULATION OF DISMISSAL** |
| 15 | | |
| 16 | | |
| 17 | Defendants. | Complaint Filed: 9/9/11 |

18
19
20
21
22
23
24
25
26
27
28

-1-

**GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE. EACH PARTY TO BEAR HIS OWN COSTS AND FEES**.

**IT IS SO ORDERED.**

Dated:   January 11, 2013

_____
Honorable Michael W. Fitzgerald
United States District Court Judge